*Charles E. Murphy, Corporation Counsel* (*Edith I. Spivack, Morris Handel* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY.

In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering Premises Known as 570 KOSCIUSKO STREET in the Borough of Brooklyn. (Guarantee No. 180,236.)

MANUFACTURERS TRUST COMPANY, as Trustee, Appellant; JACOB FINKELSTEIN, Respondent.

Submitted November 20, 1947; decided January 15, 1948.

*Charles B. Rottkowsky* for appellant.

*Alfred L. Weiss* and *Walter W. Weiss* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

VILLAGE OF PLEASANTVILLE, Respondent, against LAWRENCE T. GROSS, JR., Appellant.

Submitted November 18, 1947; decided January 15, 1948.